Hilton et al. *v*. Fullerton.

---

DEARBORN H. HILTON AND SAMUEL WALKER *v*. NATHANIEL FULLERTON.

IN CHANCERY.

IN this case THE COURT held that the appellant, in a case coming to this court from the court of chancery, must furnish the copies; but that the copies, required by the rules of the court of chancery to be furnished in that court, belonged to the case and should come up with it.